IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

JOHN MITCHELL, )
)
      Plaintiff, )
)
v. ) CV 03-PT-1718-M
)
WAL-MART SUPER CENTER, )
    Gadsden, Alabama, )
)
      Defendant. )

FILED 04 MAR 16 PM 3:16 U.S. DIST. N.D. OF ALABAMA

ENTERED MAR 16 2004

## MEMORANDUM OF OPINION

    The magistrate judge filed a report and recommendation on February 18, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on February 27, 2004.

    Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED, with the exception of the particular provision of 28 U.S.C. § 1915 relied upon to dismiss the above action. The defendant in this action is not a state actor under 42 U.S.C. § 1983. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2).

    An appropriate order will be entered.

    DATED this 16TH day of March, 2004.

                                          ROBERT B. PROPST
                                          SENIOR JUDGE

10